FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DataTreasury Corporation   v.   Fiserv, Inc.

No. 16-1229

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:    DataTreasury Corporation
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Edward Chin |
| Law firm: | Nix, Patterson & Roach, LLP |
| Address: | 5215 N. O'Connor Blvd., Suite 1900 |
| City, State and ZIP: | Irving, TX 75039 |
| Telephone: | 972-831-1188 |
| Fax #: | 972-444-0716 |
| E-mail address: | edchin@me.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/16/14

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 11/20/2015 | /s/Edward Chin |
| Date | Signature of pro se or counsel |

cc: _____

Reset Fields

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 11/20/2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Edward Chin | /s/Edward Chin |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nix, Patterson & Roach, LLP
Address: 5215 N. O'Connor Blvd., Suite 1900
City, State, ZIP: Irving, TX 75039
Telephone Number: 972-831-1188
FAX Number: 972-444-0716
E-mail Address: edchin@me.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.