**2016-1229, -1230**

# United States Court of Appeals for the Federal Circuit

DATATREASURY CORPORATION,

*Appellant*,

v.

FISERV, INC.,

*Appellee*.

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00087 and CBM2014-00088.*

**NOTICE OF CORRECTION TO JOINT APPENDIX**

DEREK T. GILLILAND
NIX PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, TX 75638
(903) 645-7333
dgilliland@nixlaw.com

CHRISTIAN JOHN HURT
NIX PATTERSON & ROACH, LLP
1845 Woodall Rodgers Frwy
Suite 1050
Dallas, TX 75201
(972) 831-1188
christianhurt@nixlaw.com

*Counsel for Appellant*

# **CERTIFICATE OF INTEREST**

Counsel for Appellant, Christian Hurt, certifies the following:

1. The full name of every party or amicus represented by me is:

   DataTreasury Corp.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None.

4. The names of all law firms and partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Abraham Hershovitz; Hershkovitz & Associates, PLLC.

   The names of all law firms and partners or associates that appeared for the party or amicus now represented by me in co-pending trial court litigation involving the patents subject to this appeal are:

   Nix Patterson & Roach, LLP; Nelson James Roach; Derek Tod Gilliland; Andrew Joseph Wright (former); Christian J. Hurt; Edward K Chin (former); Kirk Austin Voss; Robert Winn Cutler; Ross Leonoudakis; Ben King

   Kendall Law Group, LLP; Elton Joe Kendall; Karl A. Rupp
   Albritton Law Firm; Eric M Albritton
   Ward, Smith & Hill, PPLC; Thomas John Ward, Jr.

DATED: June 17, 2016                    /s/ Christian John Hurt
                                        Christian John Hurt
                                        *Attorney for Appellant*

# NOTICE OF CORRECTION TO JOINT APPENDIX

After filing both the electronic and printed copies of the Joint Appendix, counsel noticed an error in the caption on the cover. Pursuant to the Practice Note to Federal Circuit Rule 32, Appellant DATATREASURY CORPORATION, files this Notice of Correction identifying changes needed to the Joint Appendix previously filed.

The following corrections are made in the Joint Appendix:

|   | **Page Corrected** | **Original Text** | **Changed To:** |
|---|---|---|---|
| 1 | Cover (caption) | FIDELITY NATIONAL INFORMATION SERVICES, INC. | FISERV, INC. |
| 2 | Cover (date) | JUNE 3, 2016 | FILED: JUNE 3, 2016 CORRECTED: JUNE 17, 2016 |
| 4 | Certificate of Service | n/a | Relevant parts updated to reflect the filing of a corrected Joint Appendix |

Respectfully submitted,

June 17, 2016

/s/ Christian John Hurt
CHRISTIAN JOHN HURT
NIX PATTERSON & ROACH, LLP
1845 Woodall Rodgers Frwy
Suite 1050
Dallas, TX 75201
(972) 831-1188
christianhurt@nixlaw.com

*Counsel for Appellant*

3

## CERTIFICATE OF SERVICE

I, Christian John Hurt, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **June 17, 2016,** I electronically filed the foregoing corrected **Notice of Correction** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

David A. Roodman  
(Principal Counsel)  
Elizabeth C. Carver  
Emma C. Harty  
Nick E. Williamson  
Bryan Cave LLP  
211 North Broadway  
One Metropolitan Square, Suite 3600  
St. Louis, MO 63102  
314-259-2000  
daroodman@bryancave.com  
eccarver@bryancave.com  
emma.harty@bryancave.com  
nick.williamson@bryancave.com  

Robert G. Lancaster  
Bryan Cave LLP  
120 Broadway, Suite 300  
Santa Monica, CA 90401  
310-576-2100  
rglancaster@bryancave.com  

The corrected Joint Appendix will also be e-filed today. Additionally on this date, labels will be delivered to the Court to correct the cover pages of its original paper copies. The Joint Appendix was originally filed and served on June 3, 2016.

June 17, 2016                                  /s/ Christian John Hurt  
                                               Christian John Hurt  
                                               Counsel for Appellant