

Derek Gilliland
*Attorney at Law*

October 7, 2016

The Honorable Peter R. Marksteiner
Circuit Executive and Clerk of the Court
United States Court of Appeals for the Federal Circuit
The Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439

Re: DataTreasury Corporation v. Fiserv, Inc., Nos. 2016-1229, 1230

Dear Colonel Marksteiner:

    Oral Argument in the above referenced matter was heard on October 5, 2016. During that argument it came to the attention of Appellant DataTreasury Corporation that its citation to JA 3199 on page 4 of the Reply Brief for Appellant DataTreasury was inadvertently omitted from the Joint Appendix. A copy of Appx 3199 is hereby attached. DataTreasury regrets any inconvenience to the Court or parties.

Respectfully submitted,

*[signature]*

Derek Gilliland

Counsel for DataTreasury Corporation

cc: All Counsel of Record via CM/ECF

enclosure